Case 4:20-cv-08947-HSG   Document 11   Filed 03/16/21   Page 1 of 1

FILED
Mar 16 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Pro Se
L.Z. a minor, by and through her
Guardian ad Litem
Yvonne Zivanic
926 Rosemary Avenue
Carlsbad, CA 92011
Tel: (408) 202-9110
Email: yvonnepauline@icloud.com

RECEIVED
MAR 08 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

L.Z. a minor, by and through her Guardian ad Litem YVONNE ZIVANIC,

Plaintiff,

v.

HEALDSBURG UNIFIED SCHOOL DISTRICT, CHRIS MILLER, an individual, BETHANY CARLSON, an individual and DOES 1 through 30, inclusive,

Defendants.

No. 4:20-cv-08947-HSG

[PROPOSED] ORDER PERMITTING WITHDRAWAL OF COUNSEL VALERIE ROSE, ESQ.

Before Hon. Haywood S. Gilliam, Jr.

The administrative motion of Plaintiff L.Z. a minor, by and through her Guardian ad Litem Yvonne Zivanic, for an order permitting the withdrawal of Counsel Valerie Rose came before this Court.

The Court, having considered the administrative motion filed by Plaintiff finds good cause and the motion is GRANTED.

**IT IS SO ORDERED**.

Dated: 3/16/2021

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT COURT JUDGE
HON. HAYWOOD S. GILLIAM JR.

1

[PROPOSED] ORDER ON ADMINISTRATIVE MOTION PERMITTING WITHDRAWAL OF COUNSEL
4:20-CV-08947-HSG